```
1  Inge Brauer
   Attorney at Law
2  Bar No.: 68701
   2240 F Street
3  San Diego, California 92102

4  Tel: (619) 238-1031
   Fax: (619) 238-0930
5

6  Attorney for Defendant DAVID BRISENO ZAVALA

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    (HONORABLE LARRY A. BURNS)

11 UNITED STATES OF AMERICA,  )   Criminal No: 07cr3104-04-LAB
                              )
12          Plaintiff,         )
                              )   DEFENDANT DAVID BRISENO ZAVALA'S
13 v.                         )   JOINDER IN MOTIONS FILED ON
                              )   BEHALF OF CO-DEFENDANTS
14 DAVID BRISENO ZAVALA,      )
                              )
15          Defendant.        )
   _____)
16

17      TO:  CAROL. C. LAM, UNITED STATES ATTORNEY, AND
             CARLOS ARGUELLO, ASSISTANT UNITED STATES ATTORNEY:
18
        The defendant, DAVID BRISENO ZAVALA, by and through his
19
   counsel, Inge Brauer, hereby joins in the below-listed motions
20
   filed on behalf of his co-defendants:
21
        (1) Notice of Motions and Motions to(1) Dismiss the
22
            Indictments due to Misinstruction of the Grand Jury;
23
            (2) Suppress Evidence under the Fourth Amendment; (3)
24
            Dismiss Indictment due to Violation of Fifth and Sixth
25
            Amendment Right to Compulsory Process; (4) Suppress
26
            Statements of Unavailable Witnesses Under the Sixth
27
            Amendment; (5) Sever Defendants' Trial; and
28
```

        (6) Grant Leave to File Further Motions, filed on behalf of Rosa Maria Soto Ortiz by her attorney, Jodi Thorp, in Case No. 07CR3104-3-JAH.

(2) Notice of Motions and Motions for (1) Production of Brady Material; (2) Discovery; and (3) Leave to File Further Motions, filed on behalf of Hector Peralta Ramirez by his attorney, David Baker, in Case No. 07CR3104-2-JAH.

        Respectfully submitted,

Dated: December 4, 2007

        S/Inge Brauer
        Inge Brauer
        Attorney for Defendant