**PROOF OF SERVICE**

Case Name:   U.S.A. v. BRISENO ZAVALA

Case No.:    07CR3104-04-LAB

1. I am employed in the County of San Diego, State of California and over the age of eighteen years. I am not a party to the within action. My address is 2240 "F" Street, San Diego, California 92102.

2. I served:   **DEFENDANT DAVID BRISENO ZAVALA'S JOINDER IN MOTIONS FILED ON BEHALF OF CO-DEFENDANTS**

by electronic filing to:
CARLOS ARGUELLO
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Efile.dkt.gc2@usdoj.gov

   I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed this 4th day of December, 2007 at San Diego, California.

                                    S/ Inge Brauer
                                    _____
                                    Signature