UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,         )<br>                              )<br>            v.                )<br>                              )<br>HECTOR PERALTA-RAMIREZ,       )<br>                              )<br>            Defendant.        )<br>_____) | Case No. 07cr3104LAB<br><br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

   I, CARLOS ARGUELLO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of a MOTION IN RESPONSE AND OPPOSITION on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

   Attorney David L. Baker

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on December 13, 2007

                                        s/ Carlos Arguello
                                        _____
                                        CARLOS ARGUELLO