UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 07CR3104 |
| Plaintiff | |
| | ORDER |
| vs. | |
| Hector Barrera-Bacerra (1) et al. | RELEASING MATERIAL WITNESS |
| | Booking No. |
| Defendant(s) | |

On order of the United States District/(Magistrate Judge,)

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted)/ Case Disposed / Order of Court).

Olivia Sanchez-Chaparro

DATED: 12/13/07

Barbara Lynn Major
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082