PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. LOPEZ-MARTINEZ, ANA            Docket No. 07CR3104-LAB
Register #01715-298

### Petition for Action on Conditions of Pretrial Release

   Comes now Robert Zavala Pretrial Services Support Technician presenting an official report upon the conduct of material witness Ana Lopez-Martinez who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at El Centro, on the 7th day of December, 2007, under the following conditions:

Be able to legally remain in the United States during pendency of the proceedings; and report to Pretrial Services Agency (PSA) for supervision.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Condition Violated:** Report to Pretrial Services Agency for supervision.

1.   The material witness failed to report to Pretrial Services upon her release from custody and her whereabouts are unknown.

**Grounds for Violation:** On December 7, 2007, the material witness posted bond and failed to report to Pretrial Services. The material witness whereabouts are unknown.

**PRAYING THAT THE COURT WILL ISSUE A NO-BAIL WARRANT FOR THE MATERIAL WITNESS'S ARREST TO BRING HER BEFORE THE COURT TO SHOW CAUSE WHY HER BOND SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this 10th day of JANUARY, 2008 and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge Larry A. Burns

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 7, 2008

Respectfully,
_____
Robert Zavala, U.S. Pretrial Services Support Technician

Place   El Centro, California

Date   January 7, 2008